UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Oregon International Air Freight Co., et al., | CASE NO.: 1:22CV270 |
| Plaintiffs, | JUDGE JOHN ADAMS |
| William Yankow, et al., | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | |

The Plaintiffs' claims against Defendant William Yankow were severed from the litigation pending in the District of Oregon and transferred to this Court on February 18, 2022. The Clerk, therefore, is instructed to terminate on this docket all of the other listed defendants and counter-defendants such that only Plaintiffs and Defendant Yankow remain active. Counsel for those parties that remain in active litigation in Oregon may ignore the notices received regarding their bar admission status in this District.

    IT IS SO ORDERED.


Date: 3/3/2022                                */s/ John R. Adams*
                                                              JUDGE JOHN R. ADAMS
                                                               UNITED STATES DISTRICT JUDGE