UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OREGON INTERNATIONAL AIR FREIGHT CO.**, an Oregon corporation; **OIA GLOBAL LOGISTICS-SCM, INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM YANKOW**,<br><br>Defendant. | Case No. 1:22-cv-00270-CEH<br><br>JUDGE JOHN R. ADAMS<br><br>MAGISTRATE JUDGE CARMEN HENDERSON<br><br>**MOTION TO WITHDRAW AS ATTORNEY**<br>Pursuant to LR 83.9 |

Pursuant to Local Rule 83.9, the undersigned Jamison R. McCune moves this Court for an Order allowing him to withdraw as attorney for Defendant William Yankow ("Yankow") in the above-entitled action. The client has been provided written notice of this intent to withdraw. All other parties are notified by the filing of this Motion to Withdraw.

Plaintiffs' claims against Defendant Yankow only were severed from an action pending in the U.S. District Court, District of Oregon, Case No. 3:21-cv-01480-SB, and transferred to this Court, pursuant to the Honorable Magistrate Stacie F. Beckerman's Order dated February 17, 2022 (ECF 90) in the District of Oregon action.

Attorneys Matthew C. Miller, Samuel J. Lauricia, III, and Tina Y. Rhodes, of Weston Hurd LLP, are attorneys of record for Defendant Yankow in the above-entitled action. Jamison R. McCune was retained to serve as local Oregon counsel and Matthew C. Miller was admitted *pro hac vice* to represent Defendant Yankow in the District of Oregon action. Now that the transfer to the Northern District of Ohio is complete, Mr. McCune's services are no longer needed. The undersigned respectfully move the Court to allow Jamison R. McCune to withdraw as attorney of record for William Yankow in this action.

Respectfully submitted,

**BODYFELT MOUNT LLP**

*/s/ Jamison R. McCune*
**JAMISON R. McCUNE**, OSB No. 135547
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019
Email: mccune@bodyfeltmount.com
*Counsel for Defendant William Yankow*

**WESTON HURD LLP**

*/s/ Matthew C. Miller*
**MATTHEW C. MILLER (0084977)**
**SAMUEL J. LAURICIA III (0078158)**
**TINA Y. RHODES (0036903)**
1300 E. 9th Street, Suite 1400
Cleveland, Ohio 44114
Telephone: (216) 687-3236
Facsimile: (216) 621-8369
Email: mmiller@westonhurd.com
         slauricia@westonhurd.com
         trhodes@westonhurd.com
*Counsel for Defendant William Yankow*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's electronic filing system this 11th day of March, 2022.

*/s/ Matthew C. Miller*
**MATTHEW C. MILLER (0084977)**