# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OREGON INTERNATIONAL AIR FREIGHT CO., AN OREGON CORPORATION; AND OIA GLOBAL LOGISTICS-SCM INC., AN OREGON CORPORATION;<br><br>      Plaintiffs,<br><br>  v.<br><br>WILLIAM YANKOW,<br><br>      Defendant, | CASE NO. 1:22-CV-00270-CEH<br><br>CARMEN E. HENDERSON<br>UNITED STATES MAGISTRATE JUDGE<br><br>**ORDER OF DISMISSAL** |

The parties have informed the Court that this matter has been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court shall retain jurisdiction over the settlement.

    IT IS SO ORDERED.

Dated: December 29, 2022

 

*s/ Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE