The matter shall be marked as dismissed with prejudice.
It is so Ordered.
s/Carmen E. Henderson
US Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| OREGON INTERNATIONAL AIR FREIGHT CO. et al., | CASE NO.: 1:22-cv-00270-CEH |
| Plaintiffs, | MAGISTRATE JUDGE CARMEN HENDERSON |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| WILLIAM YANKOW, | |
| Defendant. | |

This case having been resolved, and upon the stipulation of Plaintiffs and Defendant, all claims are voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice. Each party shall bear his or its own fees and costs.

DATED: January 27, 2023.

SO STIPULATED:

*s/ Robert J. Hanna*
**ROBERT J. HANNA (0037230)**
*Robert.hanna@tuckerellis.com*
**CHRISTINE M. SNYDER (0086788)**
*Christine.snyder@tuckerellis.com*
**SPENCER KREBS (0097414)**
*Spencer.krebs@tuckerellis.com*
**Tucker Ellis LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 592-5000 / (216) 592-5009 (fax)

**PHILIP M. GUESS (*pro hac vice*)**
*Philip.Guess@klgates.com*
**ELIZABETH H. WHITE (*pro hac vice*)**
*Elizabeth.White@klgates.com*
**K&L Gates LLP**
One SW Columbia Street, Suite 1900

Page 1 - STIPULATED DISMISSAL WITH PREJUDICE